# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON M. SHOUL, | : | Civil No. 1:21-CV-00836 |
| Plaintiff, | : | |
| v. | : | |
| SELECT REHABILITATION, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 13th day of June, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendant's motion to dismiss, Doc. 12, is **GRANTED WITHOUT PREJUDICE** to Plaintiff filing a second amended complaint amending Counts 2, 4, 5, 6, 10, and 12.

2. Defendant's motion to dismiss, Doc. 12, is **GRANTED WITH PREJUDICE** as to Counts 7 and 8.

3. Plaintiff may file a second amended complaint in accordance with this order and the accompanying memorandum within **21 days**, on or before **July 5, 2022**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania